UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HSBC BANK USA, NATIONAL ASSOCIATION, and HSBC TECHNOLOGY AND SERVICES (USA) INC., <br><br> Defendant. | CASE NO.:   15-cv-2168-DLC-AJP |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The plaintiff, Maxim Integrated Products, Inc. ("MAXIM"), and defendants HSBC Bank USA, National Association, and HSBC Technology and Services (USA) Inc. ("HSBC"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE and dismissing all counterclaims as MOOT, with each party to bear its own costs, expenses and attorney fees.

Dated: December 21, 2015

/s/   William P. Nelson

Matthew D. Powers (pro hac vice)
Steven S. Cherensky (pro hac vice)
William P. Nelson (pro hac vice)
Robert L. Gerrity (pro hac vice)
TENSEGRITY LAW GROUP LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Phone:  (650) 802-6000
Fax:  (650) 802-6001
Email:
matthew.powers@tensegritylawgroup.com
steven.cherensky@tensegritylawgroup.com

Respectfully submitted,

/s/ *Edwin R. DeYoung*

Edwin R. DeYoung
Texas Bar No. 05673000
edeyoung@lockelord.com
Roger B. Cowie  *pro hac*
Texas Bar No. 00783886
rcowie@lockelord.com
M. Scott Fuller  *pro hac*
Texas Bar No. 24036607
sfuller@lockelord.com
**Locke Lord LLP**
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776

1

Dmitriy Kheyfits
dkheyfits@kheyfitsmaloney.com
KHEYFITS & MALONEY LLP
1140 Avenue of the Americas
9th Floor
New York, New York 10036
Tel. (212) 203-5399
Fax. (212) 203-6445

*Attorneys for Plaintiff,
Maxim Integrated Products, Inc.*

Telephone: (214) 740-8000
Facsimile: (214) 740-8800

Gregory T. Casamento
**LOCKE LORD LLP**
Three World Financial Center
New York, NY  10281-2101
Phone: (212) 415-8600
Fax: (212) 303-2754

**Attorneys for the HSBC Defendants**

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 21, 2015, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will issue an electronic notification of filing to all counsel of record.

*/s/ William P. Nelson*
William P. Nelson
